PGS

| PROB.22 (Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>1:01CR00139-001 | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court)<br>07-647(PGS) | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Rafael A. Ramirez**<br>**New Jersey** | DISTRICT<br><br>Rhode Island | DIVISION<br><br>Providence | |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Mary M. Lisi<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM:<br><br>October 19, 2007 | TO:<br><br>October 18, 2011 |

OFFENSE

Knowingly and Intentionally Attempting to Possess With Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF NEW JERSEY** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

July 24, 2007 — *Date*

Mary M. Lisi
*Honorable Mary M. Lisi*
*Chief U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/2/07 — *Date*

Peter G. Sheridan
*United States District Judge*

Certified as a true copy on
This Date: 8/3/07
By Julianne Burso
( ) Clerk
( ✓) Deputy